DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAROLYN DUTRIZ,**
Appellant,

v.

**BRETT C. BAKER,**
Appellee.

No. 4D22-923

[January 26, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 50-2020-DR-006215-XXXX-NB.

Carolyn Dutriz, Palm Beach Gardens, pro se.

Brett C. Baker, Englewood, pro se.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***